IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL PUTNAM, and WEP ENTERPRISES, INC., <br><br>   Plaintiffs, <br><br>  v. <br><br>HENKEL CONSUMER ADHESIVES, INC., <br><br>   Defendant. | CIVIL ACTION FILE <br><br> NO. 1:05-CV-2011-BBM |

## **JUDGMENT**

  This action having come before the court for a trial by jury, the Honorable Beverly B. Martin presiding, and the court having granted an oral motion for judgment as a matter of law pursuant to Fed.R.Civ.P. 50 by defendant Henkel Consumer Adhesives, Inc., and defendant Henkel Consumer Adhesives, Inc. having voluntarily dismissed its counterclaim against plaintiffs Michael Putnam and WEP Enterprises, Inc.,

  It is **Ordered and Adjudged** that the plaintiffs Michael Putnam and WEP Enterprises, Inc. take nothing; that the defendant Henkel Consumer Adhesives, Inc.

recover its costs of this action, and the action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia this 30th day of January, 2008.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT

                                                  By: <u>s/Pamela Wright</u>
                                                      Pamela Wright
                                                      Deputy Clerk

Prepared, filed and entered
in the Clerk's Office
January 30, 2008
James N. Hatten
Clerk of Court

By: <u>s/Pamela Wright</u>
   Pamela Wright
   Deputy Clerk